# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-910 MWF (FFM) | Date | May 14, 2018 |
|---|---|---|---|
| Title | *Victor Shawn Brown v. Mike Reynolds* et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT ORDER DEFENDANT TURRILL TO REIMBURSE THE UNITED STATES MARSHAL FOR SERVICE EXPENSE**

The United States Marshal Service has asserted that it directly incurred expenses of $338.48 in personally serving defendant Deputy Kevin Turrill after a mailed waiver of service of process was not returned. (*See* Attachment.)

The Court therefore ORDERS defendant Turrill to show cause in writing, within 15 days of the date hereof, why the Court should not issue an order requiring him to reimburse the United States Marshal Service for the above-cited expense. *See* Fed. R. Civ. P. 4(d)(2).

IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Preparer | JM |

ATTACHMENT A

United States Marshals Service,
Central District of California
Los Angeles



Notification of Expenses Incurred by the United States Marshal RE: In Forma Pauperis Personal Service on Defendant

To: The Honorable Judge **Frederick F. Mumm**
RE: Plaintiff **Victor Shawn Brown** v. Defendant **Deputy Mike Reynolds**, et al.,
 Case Number: **CV 17-06573 JAK (JC)**

The below listed expenses have been incurred directly as the result of the United States Marshal, Central District of California, performing personal service of the summons and complaint in the above titled action upon defendant **Deputy Kevin Turrill**. and/or upon an individual who is among the class of persons who can accept service in the behalf of the defendant and/or who is legally competent to receive service of process within the usual dwelling place of abode of the defendant. The United States Marshal was ordered by the Court to personally serve this named defendant after a mailed waiver letter of service of process was not returned to the United States Marshal.

The United States Marshal for the Central district of California comes now to the Court concerning the instant In Forma Pauperis matter **CV 17-06573 JAK (JC)** in a request to have the Court ORDER the Defendant to reimburse the United States Marshal for the time and expense that was expended to personally serve him. The cost associated with this claim is evidenced on the attached form USM-285's in regards to the actual break-down of expenses resulting from Deputy Marshal's time and vehicle mileage which is the customary basis for arriving at a monetary amount for this type of service of process activity. The United States Marshal for the Central District of California is now requesting reimbursement of **$338.48** payable by check, cashier check, or money order to the U.S. Marshals Service from this Defendant **Deputy Kevin Turrill**.

David M. Singer
United States Marshal
Central District of California

# U.S. Department of Justice
# United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** Victor Shawn Brown | **COURT CASE NUMBER** CV17-910 MWF(FFM) |
| **DEFENDANT** K. Turril Employee #404528 (Sergeant) | **TYPE OF PROCESS** §1983 Civil Rights Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Los Angeles County Sheriff's Department, Lancaster Station

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
501 W. Lancaster B., Lancaster, Ca 93534

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Victor S. Brown #G-66997
California State Prison, L.A. Co.
P.O Box 8457
Lancaster, Ca 93539

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

The day of my arrest this defendant was working. My arrest time was 8:00 a.m. on Jan 28, 2015

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: 12-19-2017

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date 1/4/18 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time ☐ am ☐ pm
Signature of U.S. Marshal or Deputy

THIS IS A BILLING STATEMENT — PLEASE REMIT PROMPTLY PAYABLE TO "U.S. MARSHAL"

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 260- | 78.48 | | 338.48 | | 338.48 | |

**REMARKS:**
1/5/18 Employee location Request
1/11/18 ~~Died~~ Send waiver by mail. — Received Cert. Ret. Receipt.
— No waiver received —
4/25/18 prep for personal service.

NOTE ↑

PRIOR EDITIONS MAY BE USED | **4. BILLING STATEMENT** To be returned to the U.S. Marshal with payment, if any amount is owed. | FORM USM-285 (Rev. 12/15/80)

## U.S. Postal Service CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 14.00 |

Postmark Here: 1/16

17-0910

Sent To: Kevin Turrill
Street, Apt. No.; or PO Box No.: 501 W Lancaster
City, State, ZIP+4: Lancaster

Article Number: 7000 1530 0003 5114 9306

PS Form 3800, May 2000

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Deputy Kevin Turrill
Lancaster Station
501 W. Lancaster Blvd.
Lancaster, CA 93534

17-0910

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): STUART COKER
C. Date of Delivery: 1-19-18

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Priority Mail Express
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7000 1530 0003 5114 9306

PS Form 3811, July 2013 — Domestic Return Receipt