UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR SHAWN BROWN,<br><br>　　　　Plaintiff,<br>　v.<br><br>DEPUTY MIKE REYNOLDS, *et al.*,<br><br>　　　　Defendants. | No. CV 17-910 MWF (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Final Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

IT IS ORDERED that (1) plaintiff's excessive force claims based on Reynold's and Courtial's unannounced entry into plaintiff's home and seizure of plaintiff at gunpoint are dismissed with prejudice; and (2) plaintiff's medical care claims are dismissed without prejudice.

DATED: 10/30/2018

　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　United States District Judge